# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PETRICK, | |
| Plaintiff, | NO. 3:19-CV-1228 |
| v. | (JUDGE CAPUTO) |
| JUDGE VITO GEROULO, *et al.*, | |
| Defendants. | (MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 6th day of August, 2019, upon review of the Report and Recommendation (Doc. 3) of Magistrate Judge Martin C. Carlson for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED**.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 4) is **GRANTED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge